**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Wiltold Trzeciakowski, Individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>GSI Group Inc., Sergio Edelstein, and Robert Bowen,<br><br>         Defendants. | Civil Action No.  1:08-cv-12065-GAO |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF**
**MASON TENDERS DISTRICT COUNCIL TRUST FUNDS' MOTION**
**TO BE APPOINTED LEAD PLAINTIFF AND**
**TO APPROVE ITS CHOICE OF COUNSEL**

I, Jeffrey C. Block, hereby declare the following under penalty of perjury:

1.       I am an attorney admitted to practice in this District Court.  My firm is one of the counsel for Mason Tenders District Council Trust Funds ("Mason Tenders") and is the proposed Liaison Counsel for the case.  I am submitting this declaration in support of Mason Tenders' motion for its appointment as Lead Plaintiff and approval of its selection of counsel for this action.

2.       Attached hereto are true and correct copies of the following documents:

Exhibit A:     Notice of Pendency of Class Action Published on the *Globe Newswire* on December 12, 2008.

Exhibit B:     Form 8-K and Press Release of GSI Group Inc. dated February 2, 2009.

Exhibit C:     Certification and loss charts for Mason Tenders.

Exhibit D:     Firm Resume of Cohen Milstein Sellers & Toll PLLC.

Exhibit E:       Firm Resume of Berman DeValerio.

The foregoing is true to the best of my knowledge.


Dated: February 10, 2009

                                    /s/ Jeffrey C. Block_____
                                    Jeffrey C. Block